AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| United States of America<br>v.<br><br>TONY K. SANFORD<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   4:20-MJ-5031-NAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 20, 2020 to January 30, 2020___ in the county of ___St. Louis City___ in the

___Eastern___ District of ___Missouri___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 1591 | Sex trafficking of a minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

TFO *(signature)*
_____
*Complainant's signature*

Task Force Officer Marc Wasem, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/12/2020___

*(signature)*
_____
*Judge's signature*

City and state: ___St. Louis, Missouri___

Honorable Nannette A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*