# AFFIDAVIT

I, Marc Wasem, being duly sworn, do hereby depose and state:

1. I, Marc Wasem, am a Task Force Officer with the Federal Bureau of Investigation and have been since April of 2010. I am currently assigned to the St. Louis Metropolitan Police Department (SLMPD) Intelligence Unit. I have sixteen years of law enforcement experience, that includes various investigations relative to firearm offences, violent assaults, homicides, human trafficking, drug trafficking and fugitives.

2. The statements contained in this affidavit are based on my personal knowledge or information provided to me by other law enforcement officers.

3. I and/or other law enforcement officers in the SLMPD, as part of ongoing investigations into an assault offense and human trafficking offenses came across suspect, TONY K. SANFORD. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that TONY K. SANFORD (hereinafter "Sanford") committed violations of Title 18, United States Code §1591, sex trafficking of a minor.

14. Based on the foregoing, I believe there is probable cause to conclude that TONY K. SANFORD has violated Title 18, United States Code §1591(a)(1), Sex Trafficking of a Child.

TFO *(Marc Wasem)*
Marc Wasem
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this 12th day of February, 2020.

Nannette A. Baker
United States Magistrate Judge
Eastern District of Missouri

5